# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-1462
Lower Tribunal No. 2019-A-000790-AN

_____

ADRIENNE F. PROMOFF, ESQ., as Curator of the ESTATE OF ENRIQUE GONZALEZ,

Appellant/Cross-Appellee,

v.

RAFAEL RODRIGUEZ,

Appellee/Cross-Appellant.

_____

Appeal from the Circuit Court for Osceola County.
Margaret H. Schreiber, Judge.

May 28, 2024

PER CURIAM.

AFFIRMED.

STARGEL, WHITE and MIZE, JJ., concur.


Derek J. Angell, of O'Connor, Haftel & Angell, PLLC, Orlando, for Appellant.

Justin Bleakley, of Martinez Manglardi, P.A., Kissimmee, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED